# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---
### JUDGMENT RENDERED JUNE 1, 2023
---

---
### NO. 03-21-00356-CV
---

**RWE Renewables Americas, LLC and TX Hereford Wind, LLC, Appellants**

**v.**

**Public Utility Commission of Texas, Appellee**

---

**APPEAL FROM THE PUBLIC UTILITY COMMISSION OF TEXAS
BEFORE JUSTICES BAKER, THEOFANIS, AND JONES
REVERSED AND REMANDED -- OPINION BY JUSTICE JONES**

---

This is an appeal from the Order approving nodal protocols signed by the Public Utility Commission of Texas on July 16, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the Order. Therefore, the Court reverses the Commission's Order and remands the case to the Commission for further proceedings consistent with the Court's opinion. The Commission shall pay all costs relating to this appeal, both in this Court and in the court below.